Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

_____ Division

MATTHEW PHILIP DiVito, AND
UNITED STATES OF AMERICA

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

CITY OF CLEARWATER

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No. 8:26-cv-1675-TPB-CPT
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | DiVito, Matthew |
| Street Address | General Delivery |
| City and County | 2000 EAST 12TH Avenue |
| State and Zip Code | Tampa Florida 33675 |
| Telephone Number | (727) 610 1010 |
| E-mail Address | divitomatthew@gmail.com |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

TPA744412
405

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name CITY OF CLEARWATER

Job or Title *(if known)* MUNICIPALITY

Street Address 100 S myrtle Avenue

City and County Clearwater Florida 33756

State and Zip Code

Telephone Number n/a

E-mail Address *(if known)* n/a

Defendant No. 2

Name

Job or Title *(if known)*

Street Address n/a

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Sovereignty*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an ~~individual~~ *inhabitant*

The plaintiff, *(name)* Matthew P. DiVito , is a ~~citizen~~ *noncitizen National* of the ~~State of~~ *(name)* Florida State .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* N/a , is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* N/a , is a citizen of the State of *(name)* N/a . Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* *CITY OF CLEARWATER*, is incorporated under

the laws of the State of *(name)* *Florida US DC* , and has its

principal place of business in the State of *(name)* *Florida* .

Or is incorporated under the laws of *(foreign nation)* *Yes - statute* ,

and has its principal place of business in *(name)* *City of Clearwater* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

*11,117,000*

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*n/a*

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

V.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    8 June 2026

Signature of Plaintiff    by: DiVito, Matthew

Printed Name of Plaintiff    MATTHEW PHILIP DIVITO

B.    **For Attorneys**

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

COURT OF RECORD
MATTHEW PHILIP DIVITO AND THE UNITED STATES OF AMERICA
V
CITY OF CLEARWATER

RF 830 852 763 US

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

MATTHEW PHILIP DIVITO, AND
UNITED STATES OF AMERICA

CV 01675-TPB-CPT

Case: ~~AJ8X3FE~~

VERSUS

CITY OF CLEARWATER

CLAIM
~~COUNTERCLAIM~~
NOVATION

**A POSED QUESTION FOR THIS VENUE:**

The QUESTION is who has the POWER, and of course, we know: a seed of power EXISTS, and is ADMINISTRATED through ACTORS IN VENUES of the STATE, and in the state itself; but with THIS MONETARY CLAIM:

One is seeking an ANSWER first, to the question: if the people are SOVEREIGN collectively, do PEOPLE have the right to be Sovereign WITHOUT depending on something else or someone else?

FOR having a RIGHT to reign, OVER one's own BODY and mind, WHAT MORE IS NEEDED?

1

AND then, WHO OF THE PEOPLE possesses this POWER of ACTION, without hindrance and WITHOUT a career in the LEGAL WORLD that leads to a magistrate JUDGESHIP; merely to GUIDE ONE'S OWN SHIP without strings attached?

It seems, One cannot move forward with a CLAIM in this world when any man or entity is claiming anywhere, that this LIVING MAN or his proprietary account, is deemed be a MINOR AND WARD OF THE STATE or existing in any-way as an inferior Status.

Because, A MINOR cannot CONTRACT.

So, a MINOR CAN NOT bring a CLAIM in the 'real world', so I guess my question is WHAT WORLD ARE 'WE' IN?

AND, TO ANSWER that, the question really then, being:

WHO ON THEIR OWN GROUNDING OR CORD POSSESSES THE POWER TO ACT THROUGH THIS POWER IN THIS WORLD? And, where would this issue be tried or put to a test.

In the course of BRINGING and forwarding this ACTION, CLARITY needs to be firmly ESTABLISHED,

IN REGARD TO THE RIGHT TO REIGN OVER ONE'S BODY, WHILE SIMULTANEOUSLY POSSESSING AND MAINTAINING INHERENT OPERATION THROUGH THE POWER OF ACTION, in the everyday.

AND, WHAT IT MEANS. OPERATE THROUGH THE POWER OF ACTION.

IT IS IMPORTANT, BECAUSE IT HAS TO DO WITH THE JOINING AND THE INTERACTION BETWEEN TWO SEPARATED AND CONSTRUCTEDLY DIFFERENT WORLDS; AND TO IDENTIFY THOSE WORLDS AND HOW THIS WORLD INTERACTS WITH THAT TYPE OF SEPARATION.

TO BETTER GOVERN THE WAY PEOPLE MOVE ACTIONS THROUGH GOVERNMENTS, HOW GOVERNMENTS INTERACT WITH PEOPLES, HOW SOVEREIGNS INTERACT WITH OTHER SOVEREIGNS, AND HOW PEOPLE MOVE INTO, ABOUT, AND WITHIN A SOVEREIGN EXECUTIVE CAPACITY. AS A DEMARCATION FOR THIS NATION AND HENCE, THE WHOLE OF EARTH.

ONE IS MAKING THE CLAIM OF 'HIS POWER' TO BRING ONE'S OWN COURSE AND RIGHT OF ACTION, AND NOT FOR ANOTHER TO DECIDE.

WITHOUT LABOR PAYMENT AND WITHOUT 'IN FORMA PAUPERIS' OR WITHOUT BEING IN THE FORM OF A PAUPER, OR IN ANY WAY ACCEPTING AN INFERIOR POSITION; WHEN A RIGHTFUL CLAIM IS TO BE MADE.

BECAUSE, IT WOULDN'T BE RIGHT.

AND, BEING RIGHT IS WHAT, 'WE', I.E. ONE'S VENUE THE NATIONAL SECURITY OF THIS NATION AND THIS VENUE ADMINISTRATING ITS LAWS, BOTH BEING OF SOVEREIGN CAPACITY;

SHOULD BE ALL ABOUT. DOING WHAT IS RIGHT, WITHOUT THE POSSIBILITY OF IT BEING WRONG TO BEGIN WITH, AT THE START.

3

THE IDEA IS A RIGHT ONE, BECAUSE WE ARE TWO (2) SOVEREIGNS OF THE SAME KIND, WHO ARE SIMILAR IN CAPACITY, BONDED TOGETHER FULLY THROUGH THE SAME TRUST, WITH ENTIRELY THE SAME NATIONAL SECURITY INTERESTS. WE ARE ONE AND THE SAME.

WHEN MAN BECOMES A SOVEREIGN, HE OR SHE BECOMES AN EXECUTOR AND PROTECTOR OF THE LAND AIR AND WATERS TOO, FEDERALLY.

AND, IN THIS COUNTRY THE SOVEREIGN IS A FEDERAL EXECUTIVE, POSSESSING THOSE SAME SOVEREIGN POWERS.

ONE (1) HOLDS AND POSSESSES THE POWER AND THE OTHER (THE STATE) USES THE POWER THROUGH ASSIGNMENTS AT BIRTHS.

AS A CHILD, WE HAVE A SOVEREIGN: THE STATE PARENT ASSIGNED BY THE PEOPLE'S INHERENT SOVEREIGNTY, AS CUSTODIAN AND WE ARE NOT.

AND, AS A MAN OR WOMAN, LATER IN LIFE WE BECOME ONE; A SOVEREIGN, IF WE DESIRE TO ACHIEVE IT.

WE BRING THINGS TOGETHER  IS WHAT WE ARE CREATING HERE, WITH MAN'S WORLD. AND, NO ONE SEEMS TO POSSESS THE SAME POWER TO MOVE THIS WORLD.

THIS IS HOW THE ENTIRE SYSTEM IS ALREADY SET UP,  IT IS A UNIVERSAL MECHANISM ALREADY; MUCH LIKE THE GREATER MECHANISM WE EXIST WITHIN.

WE JUST NEED TO OPERATE THIS MECHANISM CORRECTLY. SO, THAT THE ENTIRE WORLD FUNCTIONS CORRECTLY. THE WORLD BECOMES AN OPERATIONAL UNIVERSAL MECHANISM, TOO.

NO LONGER AN ONLY-OPERATIONAL WORLD WHOSE MILITARY RULES THAT WORLD, AS ITS ONLY OPERATIONAL FUNCTION.

A MAN OF RIGHT AND A NATION OF RIGHT IN CONJUNCTION, JOINTLY, WITH ONE ANOTHER IS A MORE PERFECT DIVINE MECHANISM; AND SEEMS OBVIOUS TO ME.

AS, WE ALREADY HAVE IT.

AND, SINCE WE ARE SEPARATED SOVEREIGNS CURRENTLY, AND SINCE WE ARE BOTH MANEUVERING WITHIN THE LAWS OF THE UNITED STATES, AND BOTH SOVEREIGNS EXIST WITHIN THE SAME TERRITORY PROTECTING THE SAME INTERESTS, BOTH POSSESSING SOVEREIGN EXECUTIVE POWER CAPACITY OF THE SAME NATION, AND BOTH REPRESENTING THE SAME NATIONAL SECURITY INTEREST;

LEADING ONE WITH REASON, AND DEEDS ONE TO BRING THE TWO (2) SOVEREIGNS TOGETHER, JOINTLY IN THIS ACTION OF THE SAME INTEREST.

ANYTHING THAT HAPPENS TO A SOVEREIGN HAPPENED TO THE NATION, AND ANYTHING THAT HAPPENS WITHIN THE NATION'S RELATIONSHIP WITH SOVEREIGNTY OR TO A SOVEREIGN, EFFECTS THE NATION'S NATIONAL SECURITY, ITS TREASURE.

INTERESTS THAT ARE SHARED EQUALLY BY THE TWO (2) SOVEREIGNS.

SO, IN REGARD TO SOVEREIGNTY OF THE PEOPLE AND THE SOVEREIGNTY OF THE NATION,

THESE TWO (2) SOVEREIGNS FOR MATTERS REGARDING THIS CASE, SPECIFICALLY, IF NOT ALL OTHERS: ARE ONE (1) AND THE SAME.

MATTHEW PHILIP DIVITO AND THE UNITED STATES OF AMERICA ARE TWO (2) SEPARATE FEDERAL EXECUTIVE ACCOUNTS OF THE SAME SECURITY AND SAME INTEREST, AND THE SAME CONSTRUCTIVE PUBLIC TRUST BOND INDEMNITY.

AND SO, FOR MATTERS AFFECTING THE NATION OR ITS SOVEREIGNTY WITHIN IT, THIS COURT OF RECORD HAS ALLOWED THE TWO (2) SOVEREIGNS TO BE SECURELY JOINED TO IN THIS ACTION, BY RIGHT AUTHORITY.

MATTHEW PHILIP DIVITO AND
THE UNITED STATES OF AMERICA

V

CITY OF CLEARWATER

6

ALSO, THIS CLAIM IS BEING BROUGHT IN WITHOUT COST.

ONE 'IS' THE CREDIT OF ONE'S HONOR AND ONE'S SECURITY ASSET, THE CREDIT TO THIS WORLD FOR THE WORK ONE IS DOING. AND, ITS EXISTENCE HERE IS CREDIT FOR A DIVINE REPUBLIC TO EXIST ON ITS OWN AND IN ITS OWN RIGHT INTERNATIONALLY.

NATIONS WHERE THIS OPERATIONAL MECHANISM AND SOVEREIGN POWER IS NOT POSSESSED AND HELD BY AT LEAST ONE (1) MEMBER OF THAT NATION, THAN THAT NATION IS NOT A SOVEREIGN NATION, AND THAT NATION IS SUBJECT TO CORRECTION; AS A FOUNDLING IN THE INTERNATIONAL SOVEREIGN MECHANISM OF CONVERSION TO OPERATIONAL FUNCTIONALITY.

AND, ON THE CIRCUIT LEVEL, WHAT REASON COULD THERE BE, TO HAVE TO CAPITULATE AND PAY SOMETHING OR GIVE SOMETHING UP, WHEN IT MEANS GIVING UP SOVEREIGNTY FOR IT?

YES, SOMETHING MUST TO BE ANTE'D UP,

AND, THAT ANTE IS: MY HONOR AND CREDIT, A CREDIT FROM THE ABILITY TO JOIN THE WORLDS OF THE SEEN WITH THE UNSEEN, AND BY AND THROUGH NATURE'S GOD IN THE UNSEEN, HAVING ACCOMMODATEDLY AND LOVINGLY BEEN GIVEN, RECEIVED, AND ACCEPTED, AND HAVE ACKNOWLEDGED A GIFT, IN A TYPE OF PRESENT FOR A WEDDING WITH THE DIVINE, AND BY HAVING BEEN GIVEN A BLESSING; TO EXIST AS ONE WITH DIVINE DISCERNMENT; FROM DILIGENT MAINTENANCE IN PROGRESSIVELY BUILDING A KIND OF TEMPLE IN THE UNSEEN EVERYDAY, A GREAT AND

CONTINUOUS WORK; THAT INVOKES A RIGHT TO REIGN ONE'S BODY WHOLLY, AND WITHOUT CONSTRAINTS.

AND, THAT MEANS THE SOVEREIGN ABILITY TO INTERACT WITH ANY VENUE AND WITHOUT OBSTRUCTION OF ANY KIND; 'ESPECIALLY', THIS VENUE.

BECAUSE MAN'S WORLD IN ITS ADMINISTRATION IS AN EVER-CHANGING SCULPTURE, AN IMAGE, A MIRRORING IMAGE OF A MECHANISM THAT IS 'THE DIVINE' IN ALL OF ITS GLORY. AN UNSEEN MECHANISM THAT ARCHETYPALLY AND ENERGETICALLY IS PERFECT. A MECHANISM THAT POSSESSES A MAGICAL ABILITY TO MOVE NATURE THROUGH ITS WILL.

THE SAME MAGICAL WILL THAT EVENTUALLY AWAKENS WITHIN MAN, IN MANIFESTING A CONNECTION TO THE UNSEEN THAT ACTUALLY MOVES NATURE AND CAUSES RAIN. A FOR-REIGN INFLUENCE THAT IS NOT A LIEN OR A BURDEN, BUT GOOD MANIFESTED BY ITSELF AS A CORRECTION TO DESOLATION THROUGH THE SPIRIT IN MAN.

AS THE GOOD WILL IN THE SOUL OF MAN ATTEMPTS TO TWEAK THIS MANIFESTED WORLD, IN HOPES TO MAKE IT AS PERFECT.

THAT IS A SOVEREIGN.

SO, WHY SHOULDN'T THIS IMAGE BE ACCEPTED AS SUCH IN MAN'S WORLD.

AS A SOVEREIGN WORKING WITH MAN'S WORLD, AS WITH THIS INTERACTION BETWEEN SOVEREIGN VENUES, ATTEMPTING TO MAKE HIS WORLD AS A SYMBOLIC MIRROR IMAGE, TO THE UNOBSTRUCTED CONNECTION WITH THE DIVINE; THAT REMAINS

PRESENT AND MAINTAINED. AS A PASSAGE INTO ANOTHER WORLD THAT IS MAINTAINED, JOINING THE TWO (2) TOGETHER.

THERE ARE EARTH CHANGING EFFECTS LIKE RAIN, THAT THE EVENT CAUSES AND IF NEEDED, INDUCES CHANGES TO MAN'S WORLD'S ENVIRONMENT TO MIRROR THE REFLECTION; CAUSING THE IMAGE TO BE MORE LIKE THE CAUSER OR CREATOR. A WAY TO CONFORM TO GOD, IN A SYMBOLIC SENSE, BEING HOW MAN'S WORLD INTERACTS WITH AN OPERATIONAL SOVEREIGN, MAKING THE GREAT WORK GREAT IN MAN'S WORLD TOO.

THE SAME BURDEN IS PUT UPON THE SOUL THAT ENTERS THIS WORLD, AS MAN HAS ALWAYS BEEN INSTRUCTED TO DO HERE; TO MOLD THE SELF AND SOMEHOW, THROUGH CONVERSION, BE MADE ANEW AND MORE PERFECT THAN WHEN FIRST ONE CAME.

AND, THEREFORE, THIS CONCEPTION IS MORE PERFECT FOR BOTH WORLDS.

ONE IS BRINGING OUR VENUES TOGETHER AND NOT INTO THE OTHER'S.

AND, IF IT IS NOT SO, 'WE' MAKE IT SO. AND, NOT THROUGH ANY NEED FOR LEGISLATION ON THE SOVEREIGN'S PART. IT'S JUST A REALITY, AND THAT'S 'YOUR JOB'.

TO REFLECT GOD'S WORLD AND, TO PUT IT BLUNTLY, AS NATURE IS MOVED BY THE DIVINE'S WILL.

AND, I WANT MY MONEY BACK TOO, IF 'YOU' MADE ME PAY FOR THIS. JUST KIDDING. IT'S FREE FOR ME, AS IT SHOULD BE.

FREE AS IN: THE ACCOUNT WILL COVER IT.

THERE ARE STILL THE TRANSACTIONS THAT TAKE PLACE, BUT THE SOVEREIGN'S WORK IS THE SAME AS THE CITIZENS LABOR, AND REPRESENTS LABORS IN THE FORM OF DOLLARS IN THE ACCUMULATION OF VALUE OF DOLLARS. A REPRESENTATION OF EACH-OWN'S WORK HERE.

THE SOVEREIGN AND THE CITIZENS ACCUMULATE A VALUE IN THIS WAY, TO TRANSACT AND BUY THINGS. ONE (1) LABORS AND THE OTHER ONE (1) MAINTAINS THE GREAT WORK.

BOTH ARE IN A SENSE EMPLOYED BY GOD.

ONE IS BEGINNING TO THINK THE REASON HE WAS PUT HERE IS TO CORRECT THINGS.

IT JUST SEEMS THAT WAY TO ME; AND I'VE BEEN GIFTED A JOB THEN: TO CORRECT THINGS THAT ARE OBVIOUS, AND HOPEFULLY BE SEEN IN A LIKEWISE MANNER, IN ACCORDANCE WITH, AND (AN) EVENT-U-ALL-Y ACCEPTED.

SO, IN ORDER To bring MY case into this VENUE, a SOVEREIGN CLAIM is TURNED into SOMEONE ELSE'S case; with RULES and procedures that if not followed, MEANS: 'YOU LOSE' AUTOMATICALLY. And, FOR THE IN-HABITANTS, the COURT interaction here exists as more of A GAME. Wherein, PEACE AND TRANQUILITY RULES over right and wrong; and in where RIGHT IS NOT OF THE MATTER at hand, from a Parens' perspective.

In all cases coming to this ordained venue, with rules of the game and in this type of engagement venue (that is agreed to), in every case the parent (state administrator, i.e. The Court;) is telling the child in every encounter to: 'go to their room', BECAUSE the parents don't want to deal with it (a

COURT OF RECORD
MATTHEW PHILIP DIVITO AND THE UNITED STATES OF AMERICA
V
CITY OF CLEARWATER

real matter of conscience) right now, and as long as the parents' children (wards of the state) are not fist-fighting in the streets, there is tranquility.

The RIGHT AND WRONGS that the siblings were squabbling over mattered not, were not even tried, and all of them NEVER SETTLED RIGHT-LY, ANYTHING, i.e. from this venue;

The children's claims matter not, as much as the suppression of their claims in this sense; by an administration always OVER AND ABOVE any child's squabbling matter. ALL OF THE CASES TURNED INTO A SQUABBLING CHILD'S MATTERS, that are to be ruled over by peace and tranquility 'over right and wrong' at any cost.

That seems to be WHAT IS happening here, for 'parties' bringing prayers to THIS VENUE.

Because it seems, UN-A-LIEN-ABLE RIGHTS DO NOT MATTER HERE, IN THIS WORLD because 'they're all children', and they ARE children, or made to be IN THAT WORLD, AND OF THAT CONSTRUCTION.

The world right next to this one, in its shadow. OUR OLD SOVEREIGN SHADOW, TWELVE (12) SCORE AND TEN YEARS AGO, now existing in a two dimensional construction; some would say: of a 'fine work', in LEAVING out THE REAL WORLD.

I SAYETH NOT. NO FULL STOP

PROCEDURALLY, THERE IS NO PROBLEM OF COURSE; THERE ARE DEADLINES AND ALL PARTIES MUST BE NOTIFIED…AND RULES OF THAT NATURE. BUT, TO HAVE THE ENTRY CHANGE A SOVEREIGN INTO A PAUPER OR ANY OTHER STATUS THAN BEING THE HIGHEST EXECUTIVE AND BEING ACCEPTED AS IT, INSTEAD OF

11

ADMINISTRATED BY IT, AS A SQUABBLING WARD IS AN UNACCEPTED POSITION.

I COME FROM THE REAL WORLD, SO TAKE ME TO 'YOUR' LEADER, SO TO SPEAK.

A SOVEREIGN 'ENGAGES WITH AND WITHIN' THE LEGAL SYSTEM, WHILE THE LEGAL SYSTEM SHARES 'HIS-POWER' THROUGH ASSIGNMENT, AND MANAGES ASSETS ACCORDINGLY.

IN A TYPE OF UNION THAT SIGNIFIES ANOTHER TYPE OF UNION THAT IS DIVINE AND RIGHTEOUS, IN A WORLD WHERE THE RIGHTEOUS ACT UPON THIS UNION WITH THE WORDS THAT COME FROM THE BOND TO THAT UNION, THE NEW BOND THAT ACTUALLY PAYS THE PRICE FOR THE ADMISSION.

SUCH A UNION, I.E. TRUE SOVEREIGNTY; AVOIDS THE NEED TO LABOR FOR SUCH CREDIT BECAUSE THE HONORING OF THE WORD IS THE BOND, AND ACTUAL PAYMENT, WITHIN A WORLD THAT IS INDEBTED;

A DEBT REFERRED TO AS THE ORIGINAL SIN; FOR NOT CREATING THE SAME DIVINE UNION THE SOVEREIGN POSSESSES, AND USES TO MOVE THE HEAVENS, AND CREATE A MORE PERFECT UNION OF THEIR OWN, IN THIS WORLD.

THIS IS THE SOVEREIGN WORK, A LOT LIKE A LITTLE PHAROAH, BECAUSE:

IF IT MOVES THE HEAVENS, THAN WHY NOT THIS WORLD TOO.

GREAT FOR THE HIGH YIELDS AT HARVEST TIME. THE PHARAOH, JUST BY HIS PRESENCE BRINGS LIFE TO THE LAND.

But, IN COURSES OF ACTION, IT SEEMS THIS SOVEREIGN POWER IS MOOTED, BY THE LEGAL SYSTEM, FOR THE IN-HABITANTS WHO INHERENTLY AND OPERATIONALLY POSSESS THIS POWER.

THIS IS WHAT SPECIFICALLY NEEDS TO BE ACCOMMODATED BY STATE SOVEREIGNTY: ITS NATIONAL TREASURE, THE MEMBER SOVEREIGN.

MUCH LIKE THE WEALTH AND SOVEREIGN POWER OF PEOPLE BEING IN THE NATION, BUT NOT IN THE 'NATIONAL', THEMSELVES.

IF THE NATION CAN CHANGE THE TERMS TO ELIMINATE THE POWER OF THE NATIONAL, WHAT DOES THIS SAY ABOUT NATIONAL SOVEREIGNTY? THERE WOULD BE NONE INTERNATIONALLY. AND IT WOULD BE ONLY THE PHYSICAL STRENGTH THAT RULES HERE, BECAUSE THE ROOT OF THAT POWER IS CORRUPTED OR THAT CONTRACT IS FLAWED FROM THE BEGINNING.

AND, IT 'IS' FLAWED CURRENTLY, AND THAT IS PRECISELY WHY WE ARE TABLING THIS ISSUE FIRST....

THE SOVEREIGN IS FORCED INTO A MINOR CHILD ROLE WHEN IT COMES TO CONTROLLING THE SELF, THE ACCOUNTING, AND THE INTERACTION WITH OTHER INHABITANTS; FORCED TO CAPITULATE to a role that begs and prays AGAIN; but, with divine confidence, causing him to act for things in a way that isn't quite judged. Save, as a stage performer or a jester of the court, and judged by the crowd and treated as such. To then, be pushed AWAY before the king's (the public) 'real issues' (as a pun) are then dealt (corporately and ficticiously) with, within the king's court.

13



ONE IS NOT A MINOR MEMBER BEGGING ANOTHER KING NOR IS ONE ENTERTAINMENT FOR HIS COURTS OR FOR THE PUBLIC, ESPECIALLY.

These freedoms seem to be hinged around a MINOR ACCOUNT AT TREASURY that all inhabitants are issued, to symbolize the GIFT OF LIFE FROM GOD, a TRUST GIFT FROM THE PARENS' in the test world, MAN'S WORLD.

And, so the POWER to control One's body and mind as a SOVEREIGN through ACTION is hinged not only on a STATUS, but on CONTROL OF THE MINOR ACCOUNT. To be ONE OF Major-ity and NOT A MINOR. Peering through the eyes of administration.

ONE IS SEEKING TO SET THE RECORD STRAIGHT REGARDING THE ISSUE OF SELF GOVERNANCE AND THE POSSESSION OF SOVEREIGNTY THROUGH ACTION WITHIN THE PUBLIC.

These things need to be set in stone for posterity.

ONE IS BRINGING A DOCUMENT TO, IN, AND THROUGH THIS VENUE VALUED AT OVER TEN MILLION ($10,000,000) DOLLARS. This is the REAL WORLD AND ONE IS NOT A CHILD.
(though the case values are represented in US debt notes) This CLAIM REPRESENTS REAL SUBSTANTIATIVE VALUE.

AND, ONE EITHER HAS THE POWER TO ACT ON HIS OWN GROUNDING OR HE DOES NOT, AND WHAT BETTER PLACE THAN AT THIS BANK-TABLE TO HASH-OUT THIS MATTER AS WELL.

And so, it is One's belief that to answer these questions IN AFFIRMATION, ONE must TRULY POSSESS THIS POWER, HOLD THE TRUST IN HAND, AND MOVE FORWARD WITH THE POWER, and TRUST in the

power of THE WILL OF THE GREATER MECHANISM to manipulate the administration of things with powers of its own INFLUENCE.

THE QUESTION IS WHO POSSESSES THE POWER TO MAKE THINGS RIGHT, AND WHAT I AM SAYING IS: THAT I ALSO HOLD AND POSSESS THAT POWER ENTIRELY, HERE, AND NOW, PRESENTLY, AND OPERATIONALLY.

With these facts on the table AND WITH THESE PRESENTS, One will MOVE FORWARD WITHOUT THE AGREEMENT OF ANY OTHER PARTY REGARDING THE ABOVE QUERIES. AND,

ONE IS MAKING ACCUSATION AND TRIALING A CASE IN THE PUBLIC FOR ALL TO SEE IN FULL VIEW OF EQUAL RIGHT. FOR THE ADMINISTRATION, AND PUBLIC REVIEW OF THE CASE.

WHILE MOVING THE DELIBERATION ORDERS THROUGH THIS VENUE IN THIS SEALED BOND SECURITY DOCKING.

A BONDED AND INDEMNIFIED COURT OF RECORD.

ANY REBUTTAL OR ANSWERS FROM THE ACCUSED WILL ADJUDGED AND BE DECIDED AND ANSWERED ACCORDINGLY, BY THE SOVEREIGN IN RIGHT ACTION;

IT SOUNDS ODD, BUT HE IS ALSO A MEDIATOR OF WORLDS,

THOUGH PRAYER MAY BE SENT IN ANOTHER DIRECTION ONE HAS NOT AGREED TO THAT, BECAUSE IT ATTORNS THIS VENUE INTO A FICTIONAL STAGE WHERE THE SOVEREIGN IS AGAIN PUT INTO A POSITION THAT IS INFERIOR TO ANOTHER'S RULE; THOUGH ONE WILL DELIBERATELY AND CONSIDERATELY REVIEW THE PRAYER.

ONE IS AMICABLE.

IN ACTUALITY, THE CASE HAS ALREADY BEEN DELIBERATED, BUT DON'T TELL ANYBODY, AND THERE IS NOTHING TO PLEAD. NOT BECAUSE ONE IS UNFAIR ITS JUST THAT THE CASE IS A SLAM DUNK.

NOT SO MUCH THE WIN, BUT THE VALUE OF THE CASE ALLOWS ENTRY OF THE REAL ISSUE OF THE WORLD. NEVERTHELESS,

THE TRIAL: PLAYED OUT IN PUBLIC AS ALL CASES ARE, LITERARILY; TO PAINT A CLEAR AND PLAIN PICTURE OF RIGHT OVER WRONG, AND FOR THE GOOD TO BE SEEN AND RECOGNIZED BY THE PUBLIC.

I'M NOT SAYING EVERYONE AUTOMATICALLY HAS THIS RIGHT, NOR THE POWER TO USE IT; SOVEREIGNTY IS A RIGHT INHERENT, BUT STILL NEEDS TO BE ACTIVATED AND THEN HONED, AND MAINTAINED, SO THAT THE RIGHT 'CAN' BE HELD AND POSSESSED; AND USED TO MOVE THROUGH THIS WORLD, ANEW.

AND, UNAPOLOGETICALLY: THE WORD IS BELLIGERENTLY:

THE SOVEREIGN HAS AND HOLDS THIS RIGHT THAT NO OTHER TECHNICALLY POSSESS. IN THEIR OWN RIGHT. AND A SOVEREIGN DOES RIGHT THINGS.

SOVEREIGNTY IS A SPIRITUAL AND NATURAL HEIGHT THAT IS THE HIGHEST VALUE IN THIS WORLD, IN THE BOND BETWEEN GOODNESS AND RIGHTEOUSNESS, CAUSING UNITY AND INTERACTION; NATURALLY AND ENERGETICALLY BETWEEN WORLDS THAT THERE HAS BEEN A SEPARATION BETWEEN;

CAUSING CURRENT AND CONTINUOUS INJURY.

AND, THE SOVEREIGN DOES WHAT IS RIGHT AND PROPER WITHOUT BEING SUBJECT OR HE IS NOT A SOVEREIGN.

THEREFORE, IN BEING A MEDIATOR OF WORLDS, WE ARE BRINGING THE REAL WORLD THROUGH THIS VENUE.

ARE WE CLEAR ON THAT?

ONE IS MERELY A FRIEND OF ALL COURTS,

AND, JOINTLY AND AMICUSLY DO WE INTERACT, TO MOVE RIGHT EXECUTIVE INTENTION, THROUGH AND WITH, RIGHT ACTION. AND, COLLABORATION IS IDEAL.

SO, WITH THAT SAID:

THIS CASE HAS BEEN BROUGHT INTO THE PUBLIC EYE FROM ANOTHER VENUE, AND MOVED THROUGH THIS ONE.

WE WILL ADJUST ACCOUNTING LATER.

SHALL WE… EXAMINE 'THIS' CASE BEFORE US?

COURT OF RECORD
MATTHEW PHILIP DIVITO AND THE UNITED STATES OF AMERICA
V
CITY OF CLEARWATER

## A PLAIN STATEMENT OF FACT
## AFFIDAVIT.

Having evoked the AUTHORITY from will and deed, in acts instilled by guidance from ONE'S CREATOR, in the molding of One's mind and Spirit-vessel such that: One has ACHIEVED MAJORITY MEMBERSHIP in this world; with clean hands, a pure heart, honor, and righteousness after being made absolutely certain that a true conversion of the mind and body-vessel, that had entered this world over a half century ago; has matured and transformed into another mind and body Spirit-vessel flesh-form, a form that is entirely new and changed from the former.

A new form and new member of a majority mind from a previous original minority mind-condition that entered this world;

One that has since achieved a conversion, from an only self intending life form of mind, to a mind that is worthy of accepting the challenges of the day with competency; in executing action to protect trust assets, and administrate the trust and gift of life that we all accept a role in supporting; with diligence, commodering the benefits of multiple perspectives that cause, effect, and self-control of governing-action can have upon Man and community; in a world that is honorable.

Having been born onto the land of North America and having settled upon the same, having been domiciled in and presently a permanent in-habitant on the same Territory that is called Florida, in the surrounding Tampa Bay region, since the event of One's delivery into this world;

One is deemed and declared to be an in-habitant and 'merely a Floridian', with limited diplomatic immunity, and not a United States citizen with duties and privileges that are subject to corporate by laws.

18

Even though archived applications from infancy through childhood may show a checked box next to the word 'citizen', that was made in the same repetitive vain and manner, as the daily exercise of reciting a Pledge of Allegiance that One knew nothing about at the time.

And, while of a minority age and not able to fully function with knowledge and understanding when One began checking the US citizen box, and then well into the journey here from childhood into a mature bodyhood doing the same.

Nonetheless, as a WARD of the State. One still existed without being capable or even having the 'ability' for making a competent decision without knowing all of the facts nor the capacity to deal with those facts in execution, and so rightfully so, One WAS a ward of the State.

And thus, One's Mind Spirit-vessel was not fully operational at the time, existing as a 'citizen' and under the 'parens patriae' doctrine even after having been emancipated; for the same reasons, was kept in a Minor guardianship, under custody of the State status.

Therefore, regarding ALL CONTRACTS: when the truth, honor, and correction appears or makes themselves known through divine conversion, then all contracts and all scribblings THAT HAVE BEEN MADE, BEFORE that pinnacle of conversion, were really debts of the UNITED STATES or the STATE, i.e. the responsible parent; the entire time;

With the wards, getting what they need for themselves through labors, though still incapable of ownership or anything really; in a kind of veil or make believed world, where even the promise in the currency that is used, is a debt upon or and burden of the State; and therefore is ADMINISTRATED by the State as well.

19

COURT OF RECORD
MATTHEW PHILIP DIVITO AND THE UNITED STATES OF AMERICA
V
CITY OF CLEARWATER

And so, because that status of people 'citizens' technically, cannot think for themselves let alone contract, that world is upside-down; as we all have always sensed;

BECAUSE, the right to contract in 'that world' for those exact 'citizens' is considered a fundamental civil liberty and FREEDOM; but, the fact does not change and does not make a child able to contract IN the real world.

So, that world is NOT A REAL WORLD. And, surely, not a world for me.

ALL of the contracts made in a minor's lifetime, until the point of reaching a majority membership in a higher mind perspective, are technically, null and void 'ab initio' in the record or from the beginning; because technically a child has made them.

It's a jubilee of sorts for One's that believe there is a debt, other than from the parents, patriae, THE STATE, or symbolically personified as the All Father himself.

Having gained both majority age and majority mind since then; One is considered to be an American National through the power of self determination; and, though the recognized status form exists in negative posture, as an American National is defined in US code as 'non-citizen-national' with security interests that are un-a-lien-able and exempt from levy.

In Title Eight (8) of the United States Code, representing the statutes at large at section 1101, This portion Defines a 'national of the United States' as "someone who, though not a citizen, owes permanent allegiance to the U.S." And,
8 U.S.C. § 1101(a)(22)(B)

20

In Title 22 in the Code of Federal Regulations, The Department of State regulations at section 51.5 defines a "U.S. non-citizen national as a person on whom U.S. nationality, but not citizenship, was conferred at birth… "
22 C.F.R. § 51.1


Federal Documentation tells us:
Because Florida does not issue separate "non-citizen national" state certificates, those who qualify for federal non-citizen national status must apply for certification or a passport directly through the U.S. Department of State…

And, while a procedure exists to apply for the certification at a passport office, the closest one is out of One's range and has been for a while.

These things would need to be determined face to face. It's just too far away, but the fact still remains that One is already a Non-Citizen National, and a 'status' is not what One is aiming for here;

So much as, settling the Minor Account, and gaining control of it, as stipulated in Title 31 in the Code of Federal Regulation at 363.6 that changes One's Status OFFICIALLY, this way.

But, the verbiage in the FEDERAL CODE is vague as to When One becomes 'not a Minor'. It seems One may still be considered a Minor in the eyes before me, since, I don't technically have control of that account. And, hence still a ward of the State maybe, at Fifty-Six (56), until control of the account is somehow taken or gained back as the instructions read.

Reading the Treasury regulation, these owned securities are discussed vaguely, but the verbiage for some reason, is clearly insinuating that 'this security that has been given to everyone by the symbolic Lord' or Minor Account, was something that 'would have been needed to have been purchased', and the regulations are changing all the time too.

I don't want to play around with tricks and trade secrets, of the trade or any craft of that nature really.

I have a Treasury direct primary account and at one point, attempted and jumped through many stages of hoops in this regard; to no avail.

BUT, IN THIS VENUE …..with THIS ACTION….by, and through fiduciary administrative assignment and order from a federal magistrate and honorable judge: technically, anything can be accomplished.

So, maybe ONE DOES NEED to make a prayer for the most heavenly magistrate, wink.

In Title 31 of the Code of Federal Regulation the definition of Minor:

In Title 31 in the Code of Federal Regulations at 363.6 states that the definition of MINOR IS:

"An individual under the age of Eighteen (18) years. The term Minor is also used to refer to an individual who has attained the age of Eighteen (18), but has not taken control of the securities in their Minor Account."

One is seeking to 'take control' of the securities of One's Minor Account.

And, what better place to make this conversion in Man's World than THIS TREASURY VENUE, with the highest level Magistrate Judge;

MAKING THE SOVEREIGN WOMAN OR MAN ABLE to actually act, interact, and move through Man's World as a Majority Status Member; who is surely able and capable of controlling the security assets in partnership with the Treasury; the assets that are currently remaining in the Minor's Account. And to maneuver a court of record.

22

A Court of Record through a Ward of the State status, seems non-operational from several standpoints though; in conjunction with this knowledge of a Minor Status.

Let us move forward, but One is making it known that along with a Counterclaim against City of Clearwater, One is bringing, through this court of record, a fiduciary assigner role through and for this Venue to facilitate orders to the Clerk and vice versa.

One will instruct the same fiduciary to settle the minor account at Treasury or to instruct or order the gain control of the 'MATTHEW PHILIP DIVITO' MINOR ACCOUNT for Matthew P. DiVito the co-owner / Beneficiary.

TO BE CLEAR:

I WAS NEVER A US CITIZEN, JUST A MEMBER OF THE LARGER UNITED STATES OF AMERICA FAMILY.

NOR IS 'MATTHEW PHILIP DIVITO' A US CITIZEN ANY LONGER OR WE CAN CALL HIM A CITIZEN WITH FULL IMMUNITY, BY WAY OF THE TRUST ACCOUNT.

'MATTHEW PHILIP DIVITO' IS A PROPRIETARY TRUST ACCOUNT TITLE, BEING ADMINISTRATED THROUGH A FEDERAL EXECUTIVE CAPACITY MAJORITY MINDING IN-HABITANT, DOMICILED ON FLORIDA TERRITORY WITH LIMITED DIPLOMATIC IMMUNITIES, EXISTING WITHIN AN OVERLAY WORLD OF FICTION THAT IS THE UNITED STATES SERVICE COMPANY; FOR THE REPUBLIC FOR PUBLIC PEACE AND TRANQUILITY, AND FOR OUR CHILDREN, ITS CITIZENS.



One is and has been for some time now, no longer a child still in need of maternal or patriarchal guidance, One has 'come of age' and truly become a Living Soul and Spirit-vessel in that regard; and fully operational and capable to execute and deliberate balance in judgement through One's presence and action.

And, THROUGH One's trust in conscience, in fundamental freedom, and the power of self-determination:

One is NOW considered and DECLARED to be a State American National for the purposes of divinely living and operating in this world; and not a resident living upon the soil, temporarily, for the purposes of making a profit.

One is NOT a federal PERSON. ONE has and uses a federal executive capacity person for purposes of commerce and national security.

In the legal world, One is considered the EXECUTOR and FIDUCIARY assigner of the trust minor account title; whose construction in the legal world is termed 'a person'.

One is also considered a living soul, VESTED and ordained with inherent soul and Spirit gifts from One's father and creator, present in flesh and bone and possessing the breath of life, in OPERATIONAL form.

One speaks as CO-OWNER of a constructive PROPRIETARY public TRUST account titled 'MATTHEW PHILIP DIVITO' with divine guidance from nature's God, for posterity, and for the benefit of good and the honorable progression of mankind.

All of these capacities enveloped and present, with commercial capacity IN HAND, POSSESSING forth-right of will, and divine TRUST in God and

nature's divine discernment; otherwise referred to throughout this document and COURT OF RECORD as 'One'.

AND, BRIEFLY, regarding the first mention above use of the word 'CO-owner'.

To distinguish between a Co-owner and a Beneficiary, because One is claiming here to be both or control both the co-owner and beneficiary.

See Exhibit A: an entry into the official record, a STATE OF FLORIDA BUREAU OF VITAL STATISTICS BIRTH REGISTRATION CERTIFICATION OF BIRTH STATE FILE NUMBER 109-1969-104822 DATE FILED DECEMBER 19, 1969 AS A CERTIFICATION OF A VITAL RECORD FOR Matthew P. DiVito.

THIS CERTIFICATION OF BIRTH IS A BOND WITH THE STATE, WHO REPRESENTS THE CREATOR (of it all). AND,

THE BIRTH CERTIFICATE IS:

The link and physical evidence between the STATE, The BENEFICIARY, and the value in the MINOR ACCOUNT.

A VALUABLE BOND, HAVING BEEN ACQUIRED AND THAT HAS BEEN PHYSICALLY ENTERED INTO THIS CASE AS EVIDENCE AND FOR ENDORSEMENT OF A PORTION OF THE ACCOUNT IN THE PUBLIC CONSTRUCTIVE TRUST THAT THE TITLE BOND REPRESENTS A PORTION OF.

BECAUSE, THAT CERTIFIED DOCUMENT REPRESENTS ALL OF THE VALUE OF THE MINOR ACCOUNT,

THE BIRTH CERTIFICATE IS AN ASSET TITLE.

A CORPORATE LEGAL, VALUABLE, BONDED, AND INDEMNIFIED SECURITY; A TITLE OF OWNERSHIP. AND, IN OUR CASE CO-OWNERSHIP.

MATTHEW PHILIP DIVITO FILE NUMBER 109-1969-104822 IS THE CO-OWNER OF A TRUST, CO-OWNER WITH THE STATE AND NATION THAT CREATED THIS TRUST AS THE OTHER OWNER.

THE STATE THEN OPERATING AS THE TRUSTEE AND ADMINISTRATOR THAT OPERATES THE ACCOUNTING OF THE TRUST.

THE TRUST WAS CREATED ON THE DAY THE BIRTH EVENT WAS REGISTERED: IN THIS CASE, DECEMBER 19, 1969: I.E. MATTHEW PHILIP DIVITO MINOR ACCOUNT;

THE FILING DATE OF THE RECORD, MARKS THE BIRTH OF THE TRUST AND THE BOND AND OF THE SECURITY INTERESTS; BETWEEN THIS NEW BENEFICIARY AND THE STATE.

THIS RELATIONSHIP ALLOWS FOR THE UNCOMMON STRUCTURE OF THIS TRUST.

NORMALLY, A CO-OWNER CANNOT BE THE BENEFICIARY TOO, BECAUSE OF THE ODDNESS IN THE REALITY THAT THE OWNER ALREADY OWNS THE ASSETS.

BUT, IN 'THIS' CASE WE ARE TWO (2), ONE (1) LEGAL CORPORATE AND FICTICIOUS, AND THE OTHER WITH LIFE'S BREATH, THEY ARE FOREVER TIED TOGETHER; BUT NOT THE SAME CAPACITIES.

26

WE HAVE A LEGAL CORPORATE TITLE, THAT IS USED IN THE LEGAL WORLD WHERE THE TRUSTS INTERACT AS CO-OWNERS, US CITIZENS; A PERSONS.

AND, THE PEOPLE HAVE A LIVING SOUL TITLE THAT OUR PARENTS GAVE US, THAT IS THE BENEFICIARY.

THEREFORE,

'MATTHEW PHILIP DIVITO' is a legal corporate name of the Trust that Matthew uses to interact in commerce with the public.

Matthew, Son of Philip, I'm the Beneficiary and I use the name MATTHEW PHILIP DIVITO kind of like, an access card containing the trust to engage in purchasing and transferring anything financially. It's tied to me, but ITS creation was DECEMBER 19, 1969, AS MY COMPANY, not my born day.

IN REALITY I WAS BORN DECEMBER 11, 1969,  THE EVIDENCE IS THE BIRTH RECORD IN CASEFILE, IT IS ALSO THE TITLE AND VALUED BOND OF THE TRUST WHEN THE RECORD EXISTS IN THE FORM OF A CERTIFICATION CERTIFICATE.

THE CERTIFICATE WHEN ISSUED, BECOMES A REPRESENTATION OF THE VALUE IN THAT PORTION OF THE CONSTRUCTIVE PUBLIC TRUST, THAT THE STATE HOLDS FOR THE MINOR.

WHILE, THE BIRTH CERTIFICATION EVENT RECORD OF ENTRY ON DECEMBER 19, 1969 WAS THE DATE OF THE BIRTH OF THE TRUST FOR Matthew, Son of Philip known as Matthew P. DiVito.

THE TWO (2) EVENTS OCCURRED EIGHT (8) DAYS APART AND ARE INTRINSICALLY DIFFERENT.

SEE EXHIBIT A, THE CERTIFICATION OF BIRTH

So, the trust was given to me as beneficiary, with the MATTHEW PHILIP DIVITO title, in a kind of secret co-ownership that we all possess separately, in a relationship with the State, who technically owns the entire public constructive trust; and the co-owner exists without access to the MINOR ACCOUNT that is originally tied to a One's wardship with the State.

The minor account must be taken control of, signifying the body; which too needs to be under control.

And, at some point in that body's life or Minor account's existence; a conversion is made. The man or woman has grown into a fully operational mature and loving in-habitant, A PROFOUND CHANGE IN CHARACTER.

Where the Beneficiary has made a change in his or her life, reaches MAJORITY AGE AND MAJORITY MIND, THEN COMES TO THE TABLE, with these truths to settle the accounts and 'gain control' of the account, as a SOVEREIGN.

At that point, THE RELATIONSHIP WITHIN the TRUST; becomes:

MATTHEW PHILIP DIVITO UNITED STATES SOVEREIGN - CO-OWNER

FLORIDA / STATE UNITED STATES - CO-OWNER TRUSTEE

Matthew P. DiVito - BENEFICIARY

And So,

With these attributes of sound MIND and MAJORITY age, I do SOLEMNLY make CLAIM and declare, with clean hands, majority mind, and righteous intent; under punishment of, including but not limited to, pains and ills and loss of divine authority for statements made with intent, of which, may not be true; as well as, under the pains and suffrages for the penalty of perjury in the commercial world for the same. And, in order to move forward One's claims and accusations,

Before a CLAIM is BROUGHT forward and revealed, first, we need to know who HOLDS the AUTHORITY or the POWER POSSESSED TO EXECUTE AND BRING to this court, record of ACTION, to wit: The jurisdiction.

Since the UNITED STATES FEDERAL CIRCUIT HAS ACCEPTED TO FACILITATE THIS CASE, CLAIM, AND OR COUNTERCLAIM,        .

ONE needs to make a deliberate, and securely BONDED promise, an

OATH,

A DECLARATION.

I, Matthew, Son of Philip, a truthful man of God and Greater Mechanism, co-owner, PROTECTOR, and fiduciary of a gift, TO OPERATE the trust ESTATE and proprietary Fictitious Title 'MATTHEW PHILIP DIVITO'. And, as corporate hand OF THE GIFT and AUTHOR of this docketed court of record; do Make, State, Claim, and Declare the following: as transmission from the Spirit within the mind of this flesh-vessel, through ONE'S own HAND upon the pen AUTHENTICATING this document WITH EXECUTIVE POWER POSSESSED; to be received and transmitted upon the Mind of the receiver with God as OUR witness; that THIS Security an INDEMNIFIED BONDED DOCUMENT containing an EXECUTOR'S

SWORN STATEMENTS, logs, forensic accounting, findings, analysis, MEMORY, recordings, and transmission of events are TRUE and CORRECT. 28 USC 1746(1)

INTO THE CASE FILE COME THE FOLLOWING ENTRIES:

For your attention and review, a few published documents to enter into this case, to get where we are today in a brief description of the attempts to complete the transaction of finding and climbing a parallel ladder of the STATE PAREN into Manhood.

See Exhibit B, a Declaration of Allegiance,

See Exhibit C, an Assumed Name Registration #G18000013023 Certificate of filing with the Florida State Secretary, and

See Exhibit D, a Certification of registration filings of recorded Fictitious Name being true and correct by the Florida State Secretary (cir January 2018) and,

See Exhibit E, a Jurisdictional Counterclaim and Challenge from case CI-18006977 containing a Prerogatory Letter Correspondence that was entered into the judge's file record in the Sixth District Circuit of Pinellas County in the State of Florida on 7-15-2019.

Embedded in exhibit E, containing: an ALLONGE TO THE BIRTH RECORD FILE NUMBER 109-1969-104822, a DECLARATION, an ACCEPTANCE OF COVENANT, a NEW COVENANT EXPRESSION of TRUST, and a TRUST DEED IN EQUITY WITH NOTARY ACKNOWLEDGEMENT, (the trust deed previously delivered by registered mail RE 248 656 927 see below) delivered to the Secretary of State through the holder of the Seat of the Secretary of Health of Florida, in the

30

care of the Agency Clerk; by registered mail with return receipt verification, delivered and received through Article number RE 248 656 935 US.

The allonge to the birth certificate in words is a notification and formal expression, and since it being partly proprietary, intended to formally express the gratification, the acceptance, and the acknowledgement as to the value of the life mechanism gift received, as receipt.

To make the public aware privately it's new purpose wherein a new covenant trust and trust deed has been created with public accreditation.

Ultimately, seeking to happen what is on the table happening.

Regarding TRUST DEED IN EQUITY WITH NOTARY ACKNOWLEDGEMENT RE 248 656 927 US THIS ITEM:

A Declaration and private confidential TRUST EXPRESSION that has been delivered to the CHIEF Judge: Anthony Rondolino by registered mail to room 400, 545 First Avenue North, Saint Petersburg Florida and received, containing an authenticated copy of the NEW COVENANT TRUST DEED and endorsed title bond, in a Fifty-Eight (58) paged bonded and sealed document containing private and public declarations, and much like this document, clearly defining a conversion of a life will and life deed, and new covenant, more in detail. Many of the same points highlighted above in this document are articulated more, but in the same way as this document and to achieve the same result.

The correspondence was made private and confidential because, at the time, One was concerned with any injury one might cause the state by revealing trade secrets to the public.

31

SECONDLY AND FIRST,

With the understanding that: The Constitution for the United States of America is the law of the Land and 'A law repugnant to the Constitution is void' is a foundational legal doctrine established by the U.S. Supreme Court in the landmark 1803 case Marbury v. Madison.

And, therefore all statutes assumed, that are a law of 'another land' and enforced without contract is an actionable offense for the same reason.

And, in Article IV (4) of the United States Constitution in Section Four (4) a portion famously reads as follows:

*"The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence."*

So, in this article there is a phrase: "On Application of the legislature or of the executive" and to clear up any misunderstanding, the application of this phrase is isolated below briefly for this purposes of bringing-in 'as executor of the public constructive trust' to the docket, 'this' authoritative document.

Understanding this is IMPORTANT because IT gives the SOVEREIGN POSSESSING POWER the ability to USE it and step-in as an EXECUTIVE IN A COURT OF LAW. Right there within that famous phrase.

Because One is NOW bringing and has brought-in 'THIS' case of action.

And, applied here: As use of the EXECUTIVE POWER. In 'this' ACTION that exists as an action: of 'A Republican form of governance':

The letter of the phrase means: 'Instead of' or 'for any other EXECUTIVE AUTHORITY to step-in and bring action'.

So, the meaning of "On application of the EXECUTIVE", is to curb a situation when the oath duties executive is not available OR 'when the need presents itself to step-in by another, as the SOVEREIGN exists in an EXECUTIVE CAPACITY too; all of the time', provided that the application of orders are within executive capacity, power, and constraint;

'AGAINST DOMESTIC VIOLENCE' AS PROTECTOR FOR THE TRUST OF THE PEOPLE, ALSO. TO EXTEND ITS TRUER LOGICAL MEANING: TO USE THE CONSTITUTION TO PROTECT AGAINST THE DOMESTIC VIOLENCE, BECAUSE OF COURSE HE OR SHE SEES IT, AS THE MAN OR WOMAN ON THE GROUND PEERING UP THROUGH ASSIGNED SOVEREIGN AUTHORITY, LIKE A FATHER, AS THE STATE IS THE FATHER FOR SOME PEOPLE;

WHILE THE OPERATIONAL SOVEREIGN SEES THE 'DOMESTIC PROBLEMS CAUSING INJURY' AND HENCE A NATIONAL SECURITY ISSUE THAT THE LARGER FATHER CANNOT SEE.

AND, THIS IS WHERE THE SOVEREIGN STEPS-IN AS PROTECTOR OF THE SAME TRUST.

To wit, this claim is brought in, 'upon the APPLICATION OF THE EXECUTIVE', where 'THIS DOCUMENT', IS an application; in the appliance of RIGHT, as it applies to the LAW.

A CLAIM FOR RECOVERY FROM AN INJURY AGAINST THE 'CITY OF CLEARWATER'.

See Exhibit F, Affidavit and Victim Statement.

EXHIBIT 'F'

HEREIN EMBEDDED:

VICTIM STATEMENT AFFIDAVIT

'The victim' is defined as I, me, and One, Matthew, Son of Philip. One speaks sometimes through a third person perspective, seeing the term 'victim' as a grammatical 'first-person' and reading the statement, on those occasions, as my testimony is my request.

And, having first hand knowledge as 'the victim', One states the following:

THE VICTIM left work that day, on Monday (8-5-2024) by trolley, and the trolley entered Clearwater from the beach, over the bridge, enjoying a view of the city as we entered Clearwater to deadlocked traffic, at the intersection of Chestnut and Fort Harrison.

The Jolly Trolley dropped off the victim and friend at the North East corner on Fort Harrison's North bound side of the intersection, conveniently at the crosswalk, because upon making a left turn onto Fort Harrison the congestion was so backed up the rear of the trolley barely made it past the crosswalk before standing again, and barely even creeping along; traffic was not moving the cars were stopped more or less in traffic.

The victim departed the trolley, then crossed Fort Harrison Westward, through deadlocked traffic in both directions North and South, on a Two-laned (2) road with an unobstructed turning middle way median.

34

COURT OF RECORD
MATTHEW PHILIP DIVITO AND THE UNITED STATES OF AMERICA
V
CITY OF CLEARWATER

The victim safely crossed to the North West side of the intersection after sharing eye contact, a wave and a smile with the motorist in a car standing in the crosswalk from gridlock, a lady in red Honda on the East side of Fort Harrison headed South bound.

Then, the victim and friend immediately crossed Chestnut, by way of Fort Harrison Southward to the South West corner of the intersection; where we made our way to the convenience store from the petroleum station on that corner, and walked Eastward about a quarter of a city block's distance, past the filling station area and past the extended parking lot area, walking all the way up to a heightened landing surrounding the store's entrance.

Several minutes had passed after crossing any streets, and as One was stepping up to the curbed landing entranceway approaching the door to the convenience store, One heard sirens suddenly.

And, I saw a patrol enforcement unit, a small pickup truck bouncing around on the curbing of the entryway of the gas station from the far SouthWest corner with emergency lights on and traveling at super high speed for conditions with sirens on, thundering around the filling station area, into the extended parking area of the convenience store, commanding everyone's attention that there was an emergency, and was headed directly toward me at high speed, then skid slides a few feet to a stop; about Twenty-Five (25) or Thirty (30) feet in front of the me, and about Six (6) feet below me.

I was standing atop the landing about Ten (10) feet from the door of the store entrance. And didn't stop…as expected because I did this routine every day and only had about Five (5) minutes realistically to get off the trolley, get or find something to eat for dinner, pay for the transaction, and get back on a Clearwater connecting city-bus to go home. A risk to take, because of the connection of the other bus and the time it arrives is always uncertain.

35

I had no idea what and didn't care about the crazy cop car, I did look though, stopped for a moment, but I've been caught before where I was inside the store and missed the bus, seeing it go by. Many times actually.

My intention at that moment was to not miss that bus, a gotta go, gotta go, gotta go thought process having maybe Four (4) minutes to spare,..

When I heard the sirens and saw the wild little cop truck, I chuckled inside a little bit, thinking what is this guy doing, in a fatherly type thought process. Because it was absurd really.

Nonetheless, I didn't care about it in any way seeing there was no real emergency.

I stop before reaching the door on the landing above the parking area and about to enter the store, as the patrol unit opens the door, an officer gets out and says 'the crosswalk light was red', to wit I 'politely' told the officer that I was 'not subject to those rules', then i said 'no thank you, I'm not subject, and I need to go', the officer said 'hold on', and as the officer was turning back towards the patrol car, to get something…

One was thinking,...but, the officer was making eye contact and saying something with the other officer, who was standing outside of the truck looking back through the truck windows at the officer; for several seconds,

I found out later through discussions in the patrol truck that the main officer was training a new cadet;

So, while the cadet was being instructed of something for several seconds and at that instance of time and hesitation, I calmly turned, reached for the door, and continued on my way inside the store knowing and thinking that One had done nothing wrong, and that One had actually just witnessed a crime, and the officer was about to commit another; and as the door was

inches from closing on its own from a pressurized hydraulic slow grading close, I heard the officer cry "Wait!". He was still in conversation with the cadet, then ran to the door. There was like Five (5) to Ten (10) seconds of time before barging into the store. He was visibly stressed.

He was training too, my mind told me.

The problem is the officer thinks he gave lawful orders when he told me about the ticket. One made his position known civilly and forthrightly. Telling someone to do anything for no reason is not a lawful order; is in my mind, at the time. And especially when I had witnessed the officer committing crimes already. I was dealing with a derelict official vessel (body). The officer, to begin with, so 'keep calm' my spirit was telling me.

The victim entered the store and was intending to purchase a meal for dinner, until the officer entered the building abruptly with a weapon drawn in his hand, and began screaming at me violently, and at the direct point his outstretched and tightly flexed double armed grip upon his firearm. The gun was pointed directly between my eyes at point blank range with the officer's finger on the trigger. He was looking down his arms and through the tip of the gun intensely, with my face and eyes lined up with the gun and his eyes, as the target in range. I was saying over and over calmly but authoritatively "Young Man, What Are You Doing?"..."Young Man, What Are You Doing?" maybe Five (5) or Six (6) times, I was then Ordered to the ground, the officer and I did not come in any contact with one another, I laid down face down and outstretched my arms, until I was slammed back down to the ground by the officer, forced into handcuffs and later into the back of a crew cab patrol unit, it was really over the top and totally uncalled for in situation. No one was threatening anyone to save the derelict official my mind told me.

Where i was then displayed in that position in the back of the pickup for over an hour's time and then transported to Pinellas County jail, where I

37

was, the next morning, released from that facility after having contracted and purchased a commercial bail bond; so that One could return to One's home to put an end to the previous day, but not an end to its memory.

The victim was uttering "Young man, what are you doing?" "Young man, what are you doing?" calmly, over and over while inside the store interacting with the officer, until forced into handcuffs; and after that, I calmly and continually cited Title 18 at section 241, and Title 18 section 242, and emolument clause violations that the officer was risking, throughout the time together, uttered calmly and over and over in discussions with both officers during the Thirty (30) minutes transport time where we were chatting, until out of that officer's custody.

The main acting officer who assaulted me shared with me that our Born day of the year was the same.

And, the main acting officer also told me without uncertainty that I was going to jail for 'resisting arrest'.

The victim was released with a bail bond after spending a night in the Pinellas County jail at around Ten (10) am Tuesday, the next morning (8-6-2024).

I was unable to go to work the next day, suffering for weeks after from being forced to the ground and being jumped on top of by the officer inside of the store because at the time the officer said: 'you're not on the ground enough' and decided to flatten my body himself by performing a wrestling piledriver move. Where my body was lifted off of the ground from a laying flat on the ground position and One's entire body impacting the ground at several points: my head, my face, my neck and ear and my shoulders especially, from the body of the officer with his weight and full physical force, plus the weight of me in his hands, and then 'piledriver-ing' me back into the ground at the checkout counter. I wasn't fighting it either. I was

38

already on the ground with my arms outstretched at the checkout counter already.

The problem was I was carrying all my construction gear and a large bag with my hardhat clipped to the side of the bag. The hardhat was under me at the time while I was laying there and then was slammed down on top of the hardhat that was firmly on the ground top side up. And, I have since to this day not fully recovered from that blow to the left side of my body and at my age. I am currently Fifty-Six (56) years of age or so I've been told, because I cannot seem to remember anything before or until the time of around Four (4) years of age.

During the event I demanded a supervisor on the scene and later a total of Six (6) Clearwater Police interceptor units appeared at the scene bringing more than Six (6) officers to the scene while remaining in handcuffs in the back of the crew cab. The decisions seemed to be coordinated by several levels of officer command at the scene. The entire group made it perfectly clear to me by their snickering at me, that they knew exactly what they were doing; through the brazen action that was about to, and was presently taking place, that impressed upon my mind a physical example and demarcation between good and evil.

These men and women made 'me' feel fully aware without uncertainty that 'they' were fully aware of what they were doing, by the intimidation One was and is still suffering from at the hands of what One can truthfully call 'kidnappers', together and in a partnership with a military armed force consisting of men and women that are gainfully employed together and in corporate partnership, yet acting within an official administrative capacity in an unlawful manner, who, in actuality are simultaneously acting as dedicated officers of the federal court system, sworn to honorably perform and uphold the Constitution of the United States with clean hands; otherwise referred to and apparent to me, completely known by me, as a team of 'oppressors' that inflicted physical horrors upon my body and my

39



memory that is still being suffered from every day since those events were incurred,

And, not having the ability or unable to quite fully express what is felt right now with words to transmit to the one reviewing this, that you feel the same tears that become uncontrollable when even the thought of, save the many readthroughs while correcting grammatical errors of this statement are being made. It's heartbreaking to me in the larger world sense.

An End to the Victim Statement Affidavit.



The victim's statement resulted in
A DIRECT CLAIM.

One is making the claim that public oath bonded public office holders acting in official capacity and associate agency of a municipal corporation: Two (2) Clearwater Policy enforcement deputies together with the City of Clearwater, residing in Pinellas County, Florida:

(OFC) 'MICHAEL KONTODIA CW3648',

'CHRISTOPHER CORRALES CW1111894', and

'CITY OF CLEARWATER 596000289 duns identifier number SG2DQRMWJYL6'

in part and together in whole, did allow an intended victimization, did coerce, did trespass upon, did kidnap, did aggravatedly assault, did falsely accuse, did falsely imprison, did falsify evidence, did cause injury to, and did cause undue harm to the victim,

Matthew, Son of Philip, a true man of God and Greater Mechanism; inhabitant of the Florida Territory, a Floridian, Herein, and through-out this document termed as 'the victim'.

1 Through the mis-use and the fraudulent conversion of a trademarked, proprietary, and fictitious corporate title: 'MATTHEW PHILIP DIVITO' - a public constructive trust vessel, and in the violation of Title 18 of the United States Constitution at section 241 for the deprivation of inherent right under the color of law.

2 In violation of Title 18 of the United States Constitution at section 242 for forming a conspiracy in committing official misconduct in the deprivation inherent right under the color of law.

3 By creating a fraudulent crime to be enforced, where no crime existed. A felony for official misconduct, an injury causing harm.

4 By creating a public emergency situation where no emergency existed. A felony for official misconduct, an injury causing harm.

5 By creating and allowing means to trespass upon and injure the victim where no cause existed. A felony for official misconduct, an injury causing harm.

6 And, by ignoring the same exact arguments verbally uttered as protection at the scene continually, then while in unlawful custody; existing and always existing are these same rights, having been declared and uttered, are the same exact rights and claims being made in this official record, at this precise moment; to protect what actually amounts to Class A felony crimes carrying civil penalties and penal punishments in the highest degree of form; for official-capacity misconduct and falsifying evidence in actions causing injury and harm.

Therefore, the following charges are being made to wit:



BEFORE US, is a compiled
LIST OF CHARGES.

Four (4) CLASS A third degree felony official misconduct emolument violations carrying Two Hundred and Fifty Thousand ($250,000) dollar penalties with Two Million ($2,000,000) dollar penal sums are being charged against:

(OFC) 'MICHAEL KONTODIA CW3648'

'CHRISTOPHER CORRALES CW1111894' and

'CITY OF CLEARWATER 596000289 duns identifier number SG2DQRMWJYL6'
as a group.

And, Four (4) Title 18 at sections 241 and 242 violations for committing official misconduct in the deprivation inherent right under the color of law as a group and in part; violations each carrying the civil penalty of Eighteen Thousand ($18,000) dollars per offense and the possibility of up to Ten (10) years in prison for each count, that are being charged to and upon:

'MICHAEL KONTODIA CW3648' for the violation of Title 18 at section 241 and 242 in committing official misconduct individually and with 'CHRISTOPHER CORRALES CW1111894',
Two (2) CLASS A Felonies.

And

'CHRISTOPHER CORRALES CW1111894' for the violation of Title 18 at sections 241 and 242 in committing official misconduct individually and with 'MICHAEL KONTODIA CW3648',
Two (2) CLASS A Felonies.

43

The Total in penalties amounting to:
One Million and Seventy-Two Thousand ($1,072,000) dollars.

These acts amount to a conspiracy in committing felony offenses by agents that exist within an oath bonded official public capacity, and are also solemnly sworn officers of the state and federal court judicial system in the sixth circuit at Pinellas County, Florida of the District of Columbia.

These actions have been committed by sworn officers of the court, acting in an official capacity within the secured employment and remaining within the good graces of the residing and profiting municipality.

In the United States Code, these acts and violations fall under Title 18 of the USC at section 371 which describes the event perfectly as: "... 'a conspiracy to commit felony offenses'. ..."

A racketeering operation is operating unscathed on the streets of Pinellas County, that must be stopped from doubling down again and causing further trespasses and harms to innocent victims living in the community, while profiting from the same actions.

Due to the unlawful conversions, as part the official misconduct highlighted within this record, and living with the result of being surrounded by such targeting; and from the brazenness experienced at the hands of oppressor makes One nearly certain, that these same unlawful conversions have been and still are continuously being incurred by others;

With cause, effect, and judgement of a fraudulent, conspiratorial, and planned process that encompasses the instigation of, the fulfillment of, and the intent to inflict harm upon the victim(s).

44

Furthermore, in Florida Statutes 838.023 "it is a third-degree felony for a public servant to knowingly and intentionally obtain a benefit or cause *unlawful harm to another* through acts like falsifying records or concealing a felony."

For the reasons above, I, Matthew, Son of Philip, a true man of God and Greater Mechanism, majority member, non-citizen American state national, levy EXEMPT co-owner of the constructive trust estate 'MATTHEW PHILIP DIVITO' with limited diplomatic immunity, in executive capacity.

Hereby CHARGES agent, policy enforcers, and agency for all to witness.

Here below is a numbered listing of the Three (3) persons charged

1 [OFC] 'MICHAEL KONTODIA CW3648' charged in private capacity, a federal person. And,

2 'CHRISTOPHER CORRALES CW1111894' charged in private capacity, a federal person. And,

3 'CITY OF CLEARWATER', a for-profit municipal corporation residing in Pinellas County, registered with the State Secretary for the State of Florida in the District of Columbia, a municipal person. Unique Entity Identifier (UEI) SG2DQRMWJYL6 Federal Tax ID 596000289 Municipal corporate headquarters: 100 S. Myrtle Ave, Clearwater, FL, charged in private and public capacity.

The court has been convinced of these accusations and claims. Here is THE VENUE'S FORMAL ACCEPTANCE

With evidence that is contained in this proceeding, this court of record proves without doubt or 'need for rebuttal', on the public record, that an intended action of a State Official In an Official capacity did violate the Public Law of the United States Constitution.

And, through intended actions by
[OFC] 'MICHAEL KONTODIA CW3648',

'CHRISTOPHER CORRALES CW1111894', and

'CITY OF CLEARWATER' ein596000289 dunsSG2DQRMWJYL6's

own doing, did violate a sacred oath bond of the people that make protective use of Public Law, and did violate provisions solemnly sworn to be upheld as a solemn promise and honorable duty in Public Office, in return for security of gainfully compensated public employment.

These agents and officers of the Pinellas County Court and enforcement agents of the 'CITY OF CLEARWATER' municipality, are employed by the same municipality of which several similar encounters and events have taken place in the same manner and against the same victim over the years, where One was forced to incur similar life changing events, leading One to 'chalk it up' as to the reason why, being the 'hard-knocks' of life, with no compulsory or punitive action advanced to protect and balance the debt for One's self, from those incursions; Until this moment.

46



A STATEMENT FOR THE CLAIRITY:

VICTIM REQUEST this Trust Expression clearly and publicly known that:

The events and actions in 'this' in-stance, within this court of record, will be considered the last straw. Therefore,

A TRUST EXPRESSION BETWEEN AND FORMAL NAMING THE PARTIES ACCUSED.

And, with that Expression, this Claim, and this Sacred Trust is expressed:

Because of actions deriving from the cause of this claim, The victim is making a Tort claim of injury in the overstepping of official boundaries that have caused bodily and emotional and financial harms inflicted upon the victim seeking damages.

The boundary itself being the trespasses, unlawful conversion of a trust account, and acting in whole to injure and harm another, to falsify the evidence, and then to hide the facts with intent as described in this Claim through verified statements of fact, Exist as Proof that:

[OFC] 'MICHAEL KONTODIA CW3648',

'CHRISTOPHER CORRALES CW1111894', and

'CITY OF CLEARWATER ein596000289 dunsSG2DQRMWJYL6'

In private-agency through official capacity thereof, insomuch as acted in a fraudulent and treasonous manner to promote, as a group, a prolonged type of sadistic warfare against the victim; and the victim, 'THE VICTIM',

47

now STANDS with good reason to assume this same situation is continually happening to others. And,

For reasons which the future instances of the same occurrence against the same victim had previously been brought forth, and the public been made to notice as a way to secure and protect the victim's un-a-lien-able freedoms in publicly noticed and in published form, denoting charges in a fee schedule, for future acts committed here to wit:

One felt (cir 2009) that a barrier needed to be constructed to protect One's sacred rights and freedoms. And, going so far as to create a commercial lien against One's legal vessel, so that no other could assume a first lienholder position; as a way to fend-off intrusion into One's account, as well as several acknowledgements that were put on the record as Notice to the public of One's protections that had been constructed; symbolizing One's newly found intent, coinciding with a change to divine hearted interaction with the world. One has even constructed a Chancery court of equity, with the New Inn known as MANOR COURT DIVITO NORTH AMERICA to hear cases and deliberate with conscience and to 'step-in' when the cause is needed.

In the Pinellas County Official Public Record Entries were recorded, and have been published in the form of:
(cir 2009)

1 An Acknowledgement and Power of Attorney
See Exhibit G
Book #16633/2597 instrument #2009176777, and,

2 An Affidavit of Competency
See Exhibit H
Book #16633/2604 instrument #2009176779, and,



3 An Affidavit of Obligation Commercial Lien
See Exhibit I
Book #16633/2601 instrument #2008176778, and,

4 A Financial Statement
See Exhibit J
Book #16633/2593 instrument #2009176776, and,

5 A Copyright / Trademark Notice
See Exhibit K
Book #16633/2607 instrument #2009176780.

With those notices and acknowledgements made known, being sent to several official members of the public, and after existing in the official record and published for a period of time:

6 A Notice of Understanding and Intent/ Claim of Right was sent out to state actors then published into the official public record, See Exhibit L
Book #16727/2071 instrument #2009275144, And, a portion is shown here:

Stipulating a Punitive Fee schedule on page Eight (8) of Nine (9) that reads as follows:

"FIVE HUNDRED DOLLARS PER HOUR or part thereof if being questioned, interrogated, or in any way detained, harassed or otherwise regulated. And, TWO THOUSAND DOLLARS PER HOUR if handcuffed, transported, incarcerated, or subjected to any adjudication process... TEN MILLION DOLLARS for any restraint or violence, not limited thereto...".
(in book 16727 at page 2078)

## A RECAPITULATION OF THE EVENTS.

To Make this accounting and the entire court of record clear in One's intent:

One is making monetary claims to Four (4) emolument violations that bring penalties as a course of action, as a resolution to United States Code violations.

The essence of the emolument violation(s) stems from a foreign law that is being enforced upon a victim(s) without a contract with, or contact within that corporation; and for performances that were not ordained nor established through the constitution of the United States.

A municipal corporation, that is acting outside of the constraints of the United States Constitution, being a registered for profit municipal corporation in part and whole that possesses a sacred public oath bond and access to the trust of the people, a public constructive trust promise while acting in official federal capacity; to perform a duty that the agent(cy) swore to honorably uphold while being gainfully employed by the same:

Is an Emolument violation.

And,

For breaking the law in Title 18 at section 241 a conspiracy to commit civil rights violations, for breaking the law in Title 18 at section 242 for the deprivation of rights, and for breaking the law in Title 42 at section 1983 for the deprivation of rights under the color of law.

50



One has consolidated the many possible CHARGES and have decided to charge all Three (3) accused persons, as a group with Four (4) separate and individual official capacity emolument violation charges.

And, have decided to charge the two specific physical officers involved in the incident that appear on the Ticket, individually; with each officer receiving One (1) Charge for the violation of Title 18 at section 241 and One (1) Charge for the violation of Title 18 at section 242.

There are Eight (8) charges in total, carrying a penalty amounting to: One Million and Seventy-Two Thousand ($1,072,000) dollars.

Through the simple act of title conversion, in ignoring of the declarations of rights and the unlawful conversion of title, after proclaimed and cited verbal and continual declaration in opposition by the victim; at the time and at the scene; while and why for some reason, sacred honor did not rise to overcome the officer's better guidance nor the officer(s)-on-the-scene's sergeant's apparent supervisory guidance and judgement, in the allowing of, 'MICHAEL KONTODIA CW3648', 'CHRISTOPHER CORRALES CW1111894', with 'CITY OF CLEARWATER' 596000289's actions led by malicious intent to subject a living soul and innocent man of God, and national sovereign to the will and plan of others in a criminal conspiracy of several sacred oath bonded public official(s); who fraudulently began a secured code enforcement protocol that unleashed an autonomic apparatus of a bodily-warehousing and a trust-bonding-system to take over a scheme, i.e. effectively allowing the victim to be jailed and incarcerated falsely and without reason; never to make it home that day or to work the next day nor One Hundred (100%) percent to this day.

Leading to the victim suffering the effects of the Official Misconduct and Falsification of evidence, and Fraud; with pains of mind and harms of body, in bruising that lasted for months.



CAUSED BY a situational and physical elimination of the 'opposing voice' possessing inherent right.

A crime reaching the level, if not nearing treason, of sedition against all that One is and stands with in being and in representation of; never able to fully grasp or piece together in mind a justification for such action other than determining that:

IN DETERMINATION:
of the events causing injury:

These Actions have been accomplished through fraudulent and direct criminal intent with means to achieve planned intent: to harm an in-habitant of the state by a means possible;

Furthermore, then doubling down on that bet even when and after a declaration of no citizenship and limited diplomatic immunity had been clearly and calmly stated at the scene by the victim as per the letter of the law, in a life or life changing gamble; equalling death (debt) in commerce, that the oppressor will suffer no consequence as a result.

For those reasons, One brings NOW this claim:

Stemming from the officer(s)' original misconduct of intent in the creation of an emergency where no emergency existed, the ignition of emergency lights and sirens ensuing a vehicular pursuit, insinuating that there existed official reason for the emergency, when the probable cause amounted to be an attempted citizen pedestrian statute infraction enforcement, a violation or infraction that had not occurred because the victim is not subjected to by laws..

Yet the violation exists unsigned and on the record, as evidence in the creation of an emergency leading to a false arrest and imprisonment for a



crime that did not exist. While appearing in the record as a successful fine infraction transaction.

What's more, it has become apparent that the officers from Clearwater are being trained to NOT RECOGNIZE FUNDAMENTAL FREEDOMS and to terrorize and ignore the people that stand on them, so much as to somehow make the innocence of freedom and liberty appear to be an aggressive criminal on the record after being taught Clearwater's lesson that We make the rules and YOU follow them.

What happened to our protection of the constitution?

In the Pinellas County Official Court Record Docket appears an entry as AJ8X3FE a traffic infraction stating improper pedestrian action as 'did not obey', as Open and unresolved.

See Exhibit M:

The TRAFFIC TICKET is brought into the casefile to show the officer's unwielding intent shared by membered agency surrounding a conspiracy, as evidence of a Title 18 section at 242 VIOLATION AND OF AN EMOLUMENT VIOLATION, now existing as 'substantiated evidence' that is irrefutable and unable to be rebutted';

On the Public Record.

A living man or woman is not subject to the statute of obeying, nor is any citizen subject to any code or bylaw as rule, over and above the Law of the US Constitution nor a regulated or legislated statute that is Unconstitutional; or over any other. Unless the judgment and decided action causes harm to be incurred by another.



Even after these facts were made known at the time the officers proceeded with the municipal corporation's full and apparent blessing of a fraudulent scheme 'to injure and harm a victim'.

Events that have happened and have been suffered from, never having fully recovered from, being deprived of the wholeness and the dignity that One once enjoyed in that regard. And so,

There is an imbalanced debt existing and has been for nearly two (2) years and counting, a debt of trespass, a debt in tort injuries, and a debt in bodily suffering that has already been incurred for the most part; yet this entire event and imbalance of burden upon the victim ON THE OFFICIAL RECORD:

APPEARS to have 'NEVER' occurred.

The opposing voice possessing inherent right, was somehow again muted.

On the official public record, there is 'no account' of this event ever happening, other than a citizen pedestrian infraction receipt received upon discharge and under bail-bond from a county warehousing facility, i.e. Pinellas County Jail;

This 'no accounting' in the record. This, no accounting' evidences an attempt to hide an event that happened in the public from the public; through Falsifying Evidence.

One holds an Arrest Affidavit and Complaint see Exhibit N, containing a statement about lawful orders, that clearly were not lawful orders.

One does not obey unlawful orders specifically.



This record was presented to the victim yet hidden from the public view. Clearly evidence, 'prima facie' of a crime to conceal, since the event does not appear in the public record.

And, if it is available to the public that is a falsity as well, by which of the hoops would one need to jump through?

One has searched all available access to records online, which corresponds with the complaint from the officer that 'I hold in my hand'. A physical criminal complaint from the city of Clearwater regarding the same incident described above.

Something is not right here.

The public cannot see the action of the public, if the public one needs to go 'in person' and request to 'privately view' something that the public isn't even aware of. If something officially occurs in the public that does not appear in the public record and should be in the public record, then it's not public; it's private and a conspiracy.

The record has been concealed.

This is a crime against the people. No one has the ability to know what happened in an official capacity, positive or negative IN THIS INSTANCE.

WHAT CLEARWATER ET AL DID IS 'OFFICIALLY' A SECRET. NOT IN THE PUBLIC RECORD.

THIS IS EVIDENCE OF KNOWLEDGE AND INTENT. THEY DID IT, FOUND OUT IT WAS A MISTAKE HAVING INJURED ANOTHER, THEN REMOVED THE RECORD. SO NO OTHER COULD SEE THE INJURY.



ITS A FORM OF ISOLATED TARGETING AND LIFETIME GASLIGHTING THAT SOMEONE NEEDS TO HELP ME CLEAN UP.

WHO ELSE IS THIS HAPPENING TO.

The officer was really trying to hide mistake. Yes. The City. the State, and the officers involved WERE mistaken, leading to third degree felony violations for their actions.

What's worse is the action WAS MADE, and WE SEE the evidence in my hand as exhibit N, and the fact that the arrest complaint exists not only is evidence of title the 18 242 violation, because the officer WAS aware of the situation from declarations at the scene. But, converted the trust account anyway, PUSHED IT THROUGH; as if a declaration means nothing;

TO ADD to that, with NOTHING IN THE PUBLIC record regarding that action, actionable or not:

MEANS: not only was evidence falsified, but adding another degree, the crime was concealed as well.

One makes this claim to demarcated penalties with One's intent to put an end to fraudulent and malicious actions and procedures against myself for events that 'have' occurred yet 'do not' appear in the public record;

And, it is One's intent to hinder the same events against the constructive public trust and trust beneficiaries from occurring without consequence anytime in the future, punitively.

The actions of the public policy agent(s) and the City of Clearwater, through coded violations rise to the crime of third degree felonies. That, in addition to a fine, a sentence is served, with up to a Ten (10) year prison term. Someone else needs to be taught a lesson here.

Referral to the Florida State Attorney General in this matter is warranted, as an original copy of this claim is being sent to the State Secretary's Office for apostilization.

Because this court of record is also making a claim of right, the bonded document will remain as the public record as an example, and when entered into the system, becomes a precedent in law; of rights that are inherent in an expression of, and a claim to, those rights given by God that are inherent; in an expression that will exist historically and for posterity.

One is seeking damages to make One's-self whole again after suffering trespasses, injuries, and hardships, resulting from proven intended actions, and the execution of an instigated plan and process; through actual injurious events that caused actual terror and harm and financial loss, in the malicious overstepping of solemn oath boundaries. And,

ONLY through a reciprocal value of exchange can One be brought back into balance that this inflicted burden upon the victim and community by what the actions of 'MICHAEL KONTODIA CW3648', 'CHRISTOPHER CORRALES CW1111894', with the 'CITY OF CLEARWATER 596000289' have caused.

And, in order to bring One's-self into wholeness again One makes this claim that proves One is en-titled to one's own reciprocation, as a punitive fee-schedule in the form of monetary damages atop the standard fines for violating the statutes at large.

"Where an individual is detained, without a warrant and without having committed a crime, the detention is a false arrest and false imprisonment."
241 F2d. 336 (11th cir 1984)
Trezevant v. City of Tampa.

A TALLY OF THE AMOUNT SOUGHT FOR IN DAMAGES.

Four (4) Emolument Violations in the amount of:

Two Hundred and Fifty Thousand dollars ($250,000) X (times) Four (4) totaling One Million ($1,000,000) dollars.

Plus:

Four (4) Title 18 United States Code official misconduct violations in the amount of:

Eighteen Thousand ($18,000) dollars X (times) Four (4) totaling Seventy-Two Thousand ($72,000) dollars.

For a total equalling: One Million and Seventy-Two Thousand ($1,072,000) dollars in civil penalties.

Plus Punitive Schedule Fees,
The victim was detained for approximately Eighteen (18) hours from 4pm on Monday, 8-5-2024 until 10am on Tuesday, 8-6-2024.

Five Hundred ($500) dollars per hour X (times) Eighteen (18) hours totaling Nine Thousand ($9,000) dollars, for interrogation, detainment, or any regulation.

Plus:

Two Thousand ($2,000) dollars per hour X (times) Eighteen (18) hours totaling Thirty-Six Thousand ($36,000) dollars for transport, incarceration, or any administrative process.

Plus:

Ten Million ($10,000,000) dollars for any restraint or violence, not limited thereto…and a

Punitive Fee totaling:
Nine Thousand ($9,000) dollars plus
Thirty-Six Thousand ($36,000) dollars plus
Ten Million ($10,000,000) dollars;
Totaling Ten Million and Forty-Five Thousand ($10,045,000) dollars.

The Grand Totaling of penalties and punitive damages:

There are Four (4) Emolument Violations:
in the total penalties sum of: One Million ($1,000,000) dollars,

Plus Four (4) Official Misconduct violations in the total amount of: Seventy-Two Thousand ($72,000) dollars,
equalling One Million and Seventy-Two Thousand ($1,072,000) dollars of running total,

plus the Punitive Scheduled Fees of:
Ten Million and Forty-Five Thousand ($10,045,000) dollars, which

Culminates a grand total in penalties and damages of:
Eleven Million One Hundred and Seventeen Thousand ($11,117,000) Dollars

59

A POST DELIBERATION ORDER:

Because the Three (3) respondents are in corporation with one another, One will order the umbrella corporation the responsibility to incur the debt of the victim's monetary claim entirely.

'CITY OF CLEARWATER'

It has been Ordered, decided, deliberated and adjudged that you, 'CITY OF CLEARWATER' are being charged through this court of record and an order for the total balance in compensation, listed below, is hereby granted to 'MATTHEW PHILIP DIVITO' in the amount the victim is seeking.

And so, 'CITY OF CLEARWATER', because of the maliciousness, the trespasses, the blatant disregard of honor that this conspiracy has revealed to the public, and the doubling down on attempts to cover up the same, where, in a truer world all of the agents and agency involved would be pleading for life without parole in the sentencing phase of military tribunal; but, since this court of record exists as well in the world of commerce, YOU are ORDERED TO PAY directly, as instructed, to facilitate payment in the amount of:

Eleven Million One Hundred and Seventeen Thousand ($11,117,000) dollars

to 'MATTHEW PHILIP DIVITO' in full and immediately, to settle this indebtedness to the victim on the public record, and to begin to heal from the mar that remains on the land of North America.

Magistrate Judge of the Eleventh (11th) Circuit: as the bank and bench of this action, this executive order also instructs the Eleventh (11th) Circuit Court to Order the Clerk of the court: to facilitate and expedite this

commercial transaction as a public constructive trust administrator in a fiduciary interest capacity; a transmission through this venue, for the victim.

And, one more item of SPECIAL INTEREST, if you don't mind.

There's the issue and MATTER OF an existing MINOR ACCOUNT at Treasury for 'MATTHEW PHILIP DIVITO', and since One is no longer a minority mind nor of minority age, why then would a Minor Account exist any longer? That is, if such an account still exists currently or any longer, as this type of declaration has been made before to what One thought were deaf ears, but those declarations were never made in a venue or a venue with the administrative capacity as this honorable one.

As the wish of the co-owner of that account, I ask that you settle this 'Minor account' by bringing the accounting to ZERO to settle the account; where the balance is split in half, 50/50; one half, one would imagine, transacted back to Treasury into One's MAJORITY ACCOUNT, creating such account if there isn't already a majority account; provided that the other owner of the (co-owned) Minor Account wishes to or remains unseen.

If, by some chance, this is the first 'MAJORITY MEMBER ACCOUNT' ever created, make this a trust an account for 'all other Minor account halves too' from the other half of all the other Minor Accounts' when and if ZEROED out and the 'unseen co-owners' remain unseen co-owner, whomever that owner is (the Lord), then that co-owner will still be 'co-owner' of everyone's Majority Account.

And, so there will or can be a path for the others that apply themselves and achieve majority membership, and all Majority Members will have the trust together, to be owned equally by share; so that monies can be spent or sometimes invested in a way that specifically benefits all people and posterity on this land or whatsoever the members agree to, which will most likely BE the former.

61

And, directive elected upon through majority member shareholder interest and/or proxy;

As a Special Republic Treasury; and forgive me if a similar trust has already been set up by and in the interests of those silent partners or that silent partner, 'in everyone's interest'; or better said: 'the accounting interest of everyone'.

While the other half of One's Minor Account, will be privately entrusted and secured by One's hand through liquidation. So, that the 'MATTHEW PHILIP DIVITO' Minor Account can be ZEROED, and then close that account or rename and join the remaining Minor Account to: a Majority Account.

One will be content regarding naming and creating accounts either way,

To overcome any hindrances arising which these orders may present, in any of the wording of the Documentary Stamp Tax et al; and for the administrator in the differentiating roles that act through them, One has adhered a One ($1.00) Dollar red-fox to the back of the page; of this record order. To cover any vessel international shipping, transference, docking, transmission or associated administrative requirements.

And, with the Eleventh (11th) Circuit to act as fiduciary:
See Exhibit O, Treasury form FIFTY-SIX (56);

A fiduciary assignment,

For THE HONORABLE JUDGE _____ and MAGISTRATE of this court.

To facilitate the above arrangement(s), through this venue, and instruct to the Clerk to Order:

62

COURT OF RECORD

MATTHEW PHILIP DIVITO AND THE UNITED STATES OF AMERICA

V

CITY OF CLEARWATER

A Final Account adjustment for Settlement of the:

'MATTHEW PHILIP DIVITO MINOR ACCOUNT'

With Fifty (50) percent (%), half of the current balance, to be drafted and made payable to Matthew P. DiVito in earnest. A majority member of a loving, honorable, and greater society; that exists as a Universally Functioning Sovereign Mechanism among Mechanisms.

This, the fourth (4) day in the month of June in the Gregorian Calendar year Twenty Twenty-Six (2026)

These words are true and correct.

Hand of the Court:
ADDRESS:
General Delivery POST Office:
2000 EAST 12TH AVENUE
Tampa, Florida [33675]

by: MATTHEW P. DiVITO
for matthew Son
of Philip
HAND of the Court
DiVITO, Matthew-Philip

Y X matthew Son of Philip